UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-80559-Civ-Hurley/Hopkins

SHEILA R. LAFONTIN,

    Plaintiff,

v.

SYNERGETIC COMMUNICATIONS, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the parties Stipulation for Joint Dismissal with Prejudice (DE 13), The Court has been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. All pending motions are **DENIED AS MOOT**. The Clerk shall **CLOSE THIS CASE**.

DONE AND ORDERED in the Southern District of Florida this 11th day of August, 2010.

                                                      _____
                                                      DANIEL T. K. HURLEY
                                                      United States District Judge

cc:    Donald A. Yarbrough, Esq., Counsel for Plaintiff
        Barbara Fernandez, Esq., Counsel for Defendant